AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RANDY LYNN JOHNSON,<br>   Plaintiff,<br><br> v.<br><br><br>WILLIAM BERTRAND,<br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) **JUDGMENT IN A CIVIL CASE**<br>) **CASE NO. 5:09-CV-481-D**<br>) |

**Decision by the Court.**

 IT IS ORDERED AND ADJUDGED that defendant's motion to dismiss for lack of subject-matter jurisdiction is GRANTED. Furthermore, plaintiff's motion for the appointment of counsel is DENIED as moot.

 THE ABOVE JUDGMENT WAS ENTERED TODAY, **July 15, 2010**, AND A COPY MAILED TO:

Randy Lynn Johnson (#0212178 Warren Correctional Institution, P.O. Box 399, Manson, NC 27533)
Benjamin E. Thompson, III (via CM/ECF Notice of Electronic Filing)


July 15, 2010            DENNIS IAVARONE, Clerk
Date                 *Eastern District of North Carolina*

                    /s/ Susan K. Edwards
*Wilmington, North Carolina*       *(By) Deputy Clerk*